*Hays* and *Herbert Monte Levy* filed a brief for the American Civil Liberties Union, as *amicus curiae,* urging reversal.

No. 164.   GOLDBAUM ET AL. *v.* UNITED STATES.   On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit.   The order denying certiorari in this case, 346 U. S. 831, is vacated and the case is restored to the docket.   *Irvin Goldstein* for petitioners.   *Robert L. Stern,* then Acting Solicitor General, *Assistant Attorney General Holland, Ellis N. Slack, Meyer Rothwacks* and *Joseph M. Howard* for the United States.

No. 259.   BANKS *v.* UNITED STATES.   On petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit.   The order denying certiorari in this case, 346 U. S. 857, is vacated and the case is restored to the docket.   *Joseph B. Keenan, Alvin O. West* and *John W. Graff* for petitioner.   *Robert L. Stern,* then Acting Solicitor General, *Assistant Attorney General Holland, Ellis N. Slack* and *Murray L. Schwartz* for the United States.

No. 414.   McFEE *v.* UNITED STATES.   On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit.   The order denying certiorari in this case, *ante,* p. 927, is vacated and the case is restored to the docket.   *Elden McFarland* for petitioner.   *Robert L. Stern,* then Acting Solicitor General, *Assistant Attorney General Holland, Ellis N. Slack, David L. Luce* and *Joseph M. Howard* for the United States.